# Third District Court of Appeal

## State of Florida

Opinion filed January 20, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-0806
Lower Tribunal No. 15-25009

————————

## Sol Express, Inc., etc., et al.,
Appellants,

vs.

## Rosetta Logistics, Inc., etc., et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Angulo Diaz Law Group, P.A., and Yelina Angulo, for appellants.

Law Offices of Charles Eiss, P.L., and Charles M. Eiss (Plantation), for appellees.

Before SCALES, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.